```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS


CRYSTAL L. COX, ET AL.,           )
       Plaintiffs,                )
                                  )     C.A. NO. 13-11308-PBS
       v.                         )
                                  )
JORDAN RUSHIE, ET AL.,            )
       Defendants.                )
```

## ORDER FOR DISMISSAL

June 18, 2013

SARIS, C.D.J.

In accordance with the Memorandum and Order (Docket No. 5) directing dismissal of this action for the reasons stated therein, the above-captioned matter is DISMISSED in its entirety.


By the Court,

/s/ Maryellen Molloy
Deputy Clerk